AO 442 (Rev. 01/09, MD 6/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

District of Maryland

| | | |
|---|---|---|
| United States of America<br>v.<br><br>PABLO AGUIRRE<br>9155 FOREST BREEZE COURT<br>SPRINGFIELD, VA 22152<br>*Defendant* | ) ) ) ) ) ) | Case No. 24-PO-3751 |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* PABLO E AGUIRRE,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☒ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Date: February 20, 2026

*Issuing officer's signature*

Address: 6500 Cherrywood Lane
Greenbelt, Md. 20770

C. Bruce Anderson, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 2/20/26 at *(city and state)* Alexandria, VA, and the person was arrested on *(date)* 2/26/26

Date: 2/26/26

*Arresting officer's signature*

Tim Athy SAUSA(?)
*Printed name and title*